IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACOB ADAM YODER, # 291151,    )
    )
    Petitioner,    )
    )
v.    )    Case No. 2:19cv839-WHA
    )    [WO]
PHYLLIS MORGAN, *et al.*,    )
    )
    Respondents.    )

## **ORDER**

On November 4, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 2nd day of December, 2019.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE